DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7196
FAX: (415) 436-7234
Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOAQUIN AGUILAR, <br><br> Defendant. | CR 17-541 JCS <br><br> NOTICE OF DISMISSAL AND [PROPOSED] ORDER GRANTING LEAVE TO DISMISS THE INFORMATION |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information without prejudice.

DATED: 8/7/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____

HELEN GILBERT
Chief, General Crimes

NOTICE OF DISMISSAL (CR 17-541 JCS)

**[~~PROPOSED~~] ORDER**

Leave is granted to the government to dismiss the Information without prejudice.

IT IS SO ORDERED.

DATED: August 7, 2019

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 17-541 JCS)